UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
GSCP VI EDGEMARC HOLDINGS, L.L.C.,
GSCP VI PARALLEL EDGEMARC HOLDINGS,
L.L.C., WSEP AND BRIDGE 2012 EDGEMARC
HOLDINGS, L.L.C., AND EM HOLDCO LLC,

    Plaintiffs,        Adv. Proc. No. 19-01293 (JLG)

vs.

ETC NORTHEAST PIPELINE, LLC,

    Defendant.

---------------------------------------- X

## DECLARATION OF GREGORY P. GRAHAM IN SUPPORT OF MOTION OF ETC NORTHEAST PIPELINE, LLC TO TRANSFER THE ACTION TO THE DISTRICT OF DELAWARE PURSUANT TO 28 U.S.C. § 1412 AND/OR 28 U.S.C. § 1404(a)

I, Gregory P. Graham, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am an attorney with the law firm of Marshall Dennehey Warner Coleman & Goggin, counsel to ETC Northeast Pipeline, LLC, plaintiff in a matter styled *ETC Northeast Pipeline, LLC, v. EM Energy Pennsylvania, LLC,* Case No. 19-002052 pending before the Court of Common Pleas of Allegheny County, Pennsylvania (the "Pennsylvania State Court Action"). I am a member in good standing of the Bar of the State of Pennsylvania, and admitted to practice before the United States District Court, Western District of Pennsylvania.

2. I am submitting this declaration in support of the *Motion of ETC Northeast Pipeline, LLC to Transfer the Action to the District of Delaware Pursuant to 28 U.S.C. §1412 and/or 28 U.S.C. §1404(a)* [Docket No. 5]. I am familiar with the subject matter of the Pennsylvania State Court Action and have personal knowledge of the facts set forth herein. If called upon to testify, I could and would testify competently thereto.

3. Attached hereto as <u>Exhibit A</u> is a true and correct copy of the *Complaint in Civil Action* filed on February 7, 2019 by ETC Northeast Pipeline, LLC ("ETC"), against EM Energy Pennsylvania ("EM Energy (PA)"), in the Pennsylvania State Court Action.

4. Attached hereto as <u>Exhibit B</u> is a true and correct copy of the *Answer, New Matter, and Counterclaims* filed on February 27, 2019 by EM Energy (PA) against ETC, in the Pennsylvania State Court Action.

5. Attached hereto as <u>Exhibit C</u> is a true and correct copy of *Plaintiff's Reply to New Matter, Answer to Counterclaims, and New Matter to Counterclaims* filed on March 19, 2019 by ETC against EM Energy (PA) in the Pennsylvania State Court Action.

6. Attached hereto as <u>Exhibit D</u> is a true and correct copy of *Defendant and Counterclaim Plaintiff's Reply to Plaintiff and Counterclaim Defendant's New Matter to Counterclaims* filed on April 5, 2019 by EM Energy (PA) against ETC in the Pennsylvania State Court Action.

7. Attached hereto as <u>Exhibit E</u> is a true and correct copy of the *Defendant's First Set of Requests for Production Directed to Plaintiff*, propounded on February 27, 2019 by EM Energy (PA) upon ETC in the Pennsylvania State Court Action.

8. Attached hereto as <u>Exhibit F</u> is a true and correct copy of the *Notice of the Automatic Stay* filed on May 17, 2019 by EM Energy (PA) in the Pennsylvania State Court Action.

9. Attached hereto as <u>Exhibit G</u> is a true and correct copy of the *Amended Notice of Filing of Removal* filed on June 7, 2019 by ETC in the Pennsylvania State Court Action.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 11, 2019
Pittsburgh, Pennsylvania

Gregory P. Graham

49132970;1