PACHULSKI STANG ZIEHL & JONES LLP
Laura Davis Jones (*pro hac vice* application to be filed)
Beth E. Levine
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, NY 10017
Telephone:  (212) 561-7700
Facsimile:  (212) 561-7777
Email:  ljones@pszjlaw.com
      blevine@pszjlaw.com

and

Michael P. Lynn (*pro hac vice* application to be filed)
Chris Patton
John Adams (*pro hac vice* application to be filed)
LYNN PINKER COX & HURST, L.L.P.
2100 Ross Avenue, Suite 2700
Dallas, Texas  75201
Telephone:  (214) 981-3800
Facsimile:  (214) 981-3839
Email:  mlynn@lynnllp.com
      cpatton@lynnllp.com
      jadams@lynnllp.com

*Counsel to ETC Northeast Pipeline, LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------ X

| | |
|---|---|
| GSCP VI EDGEMARC HOLDINGS, L.L.C., GSCP VI PARALLEL EDGEMARC HOLDINGS, L.L.C., WSEP AND BRIDGE 2012 EDGEMARC HOLDINGS, L.L.C., AND EM HOLDCO LLC,<br><br>    Plaintiffs,<br><br>vs.<br><br>ETC NORTHEAST PIPELINE, LLC,<br><br>    Defendant. | Adv. Proc. No. 19-01293 (JLG) |

------------------------------------------ X

## DECLARATION OF ANDREW LAURENT METZ IN SUPPORT OF MOTION TO DISMISS

I, Andrew Laurent Metz, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.   I am Chief Counsel of Energy Transfer, LP, ultimate parent of the defendant in the above-captioned case, ETC Northeast Pipeline, LLC (the "Defendant").  I am a member in good standing of the Bar of the State of Pennsylvania.

2.   I make this declaration in support of the *Northeast Pipeline, LLC's Motion to Dismiss* [Docket No. 9].  I am familiar with the subject matter of this action and have personal knowledge of the facts set forth herein.  If called upon to testify, I could and would testify competently thereto.

3.   Attached hereto as Exhibit A is a true and correct copy of the *Answer, New Matter, and Counterclaims* filed on February 27, 2019 by EM Energy (PA) against ETC in *ETC Northeast Pipeline, LLC v. EM Energy Pennsylvania, LLC*, Case No. 19-002052 pending before the Court of Common Pleas of Allegheny County, Pennsylvania.

4.   Attached hereto as Exhibit B is a true and correct copy of *Declaration of Callum Streeter in Support of the Debtors' Chapter 11 Petitions and First Day Pleadings* filed by EdgeMarc Energy Holdings, LLC, Delaware Bankruptcy Court Case Nos. 19-11104 (BLS), Docket No. 3.

5.   Attached hereto as Exhibit C is a true and correct copy of the *Equity Commitment Letter of Sponsor EM Holdco LLC c/o Ontario Teachers' Pension Plan Board* dated November 13, 2017.

6.   Attached hereto as Exhibit D is a true and correct copy of the *Equity Commitment Letter of Sponsors GSCP VI Onshore EdgeMarc, L.L.C. et al.*, dated November 8, 2017.

7. Attached hereto as Exhibit E is a true and correct copy of the *Equity Commitment Letter of Sponsor GS Capital Partners VI GmbH & Co. KG to GSCP VI Germany EdgeMarc, Inc.*, dated November 8, 2017.

8. Attached hereto as Exhibit F is a true and correct copy of the *Equity Commitment Letter of Sponsor GS Capital Partners VI GmbH & Co. KG to GSCP VI GmbH HydroEdge (Cayman) Ltd.*, dated November 8, 2017.

9. Attached hereto as Exhibit G is a true and correct copy of the *Equity Commitment Letter of Sponsor GS Capital Partners VI Offshore Fund, L.P. to GSCP VI Offshore EdgeMarc, L.L.C.*, dated November 8, 2017.

10. Attached hereto as Exhibit H is a true and correct copy of the *Equity Commitment Letter of Sponsor GS Capital Partners VI Fund, L.P. to GSCP VI Onshore EdgeMarc, L.L.C.*, dated November 8, 2017.

11. Attached hereto as Exhibit I is a true and correct copy of the *Equity Commitment Letter of Sponsors GSCP VI Parallel EdgeMarc, L.L.C. and GS Capital Partners VI Parallel, L.P. to GSCP VI Parallel EdgeMarc Holdings, L.L.C.*, dated November 8, 2017.

12. Attached hereto as Exhibit J is a true and correct copy of the *Equity Commitment Letter of Sponsor GS Capital Partners VI Parallel, L.P. to GSCP VI Parallel EdgeMarc, L.L.C.*, dated November 8, 2017.

13. Attached hereto as Exhibit K is a true and correct copy of the *Equity Commitment Letter of Sponsor WSEP EdgeMarc, Inc. to WSEP and Bridge 2012 EdgeMarc Holdings, L.L.C.*, dated November 8, 2017.

14. Attached hereto as Exhibit L is a true and correct copy of the *Equity Commitment Letter of Sponsors West Street Energy Partners AIV-1, L.P., et al., to WSEP EdgeMarc, Inc.*,

dated November 8, 2017.

15. Attached hereto as <u>Exhibit M</u> is a true and correct copy of the *Capital Contribution Letter between EdgeMarc Energy Holdings, LLC, EM Energy Pennsylvania, LLC and ETC Northeast Pipeline, LLC*, dated November 13, 2017.

16. Attached hereto as <u>Exhibit N</u> is a true and correct copy of the *Equity Commitment Letter of Sponsor Ontario Teachers' Pension Plan Board, to EM Holdco LLC,* dated November 13, 2017.

17. Attached hereto as <u>Exhibit O</u> is a true and correct copy of the *Equity Commitment Letter of Sponsors GSCP VI EdgeMarc Holdings, L.L.C., et al., to EdgeMarc Energy Holdings, LLC and EM Holdco LLC,* dated November 13, 2017.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 11, 2019    */s/ Andrew Laurent Metz*
       Wexford, Pennsylvania    Andrew Laurent Metz