UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
:
GSCP VI EDGEMARC HOLDINGS, L.L.C., GSCP :
VI PARALLEL EDGEMARC HOLDINGS, L.L.C., :
WSEP AND BRIDGE 2012 EDGEMARC :
HOLDINGS, L.L.C., and EM HOLDCO LLC, :
: Adv. Proc. No. 19-01293-JLG
      Plaintiffs, :
: **STIPULATION AND ORDER OF**
 vs. : **TRANSFER**
:
ETC NORTHEAST PIPELINE, LLC, :
:
      Defendant. :
:
------------------------------------- x

      WHEREAS, on May 14, 2019, Plaintiffs GSCP VI EdgeMarc Holdings, L.L.C., GSCP VI Parallel EdgeMarc Holdings, L.L.C., WSEP and Bridge 2012 EdgeMarc Holdings, L.L.C., and EM Holdco LLC filed a complaint against Defendant ETC Northeast Pipeline, LLC in the Supreme Court of the State of New York, County of New York (the "New York State Court"), Index No. 652906/2019 (the "Action"). ECF No. 1 Ex. A.

      WHEREAS, EdgeMarc Energy Holdings, LLC and eight affiliated debtors (collectively "EdgeMarc") subsequently filed voluntary petitions for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware (the "Delaware Bankruptcy Court"), consolidated as Case No. 19-11104-JTD.

      WHEREAS, on June 4, 2019, Defendant filed a Notice of Removal removing the Action to the United States District Court for the Southern District of New York, which in turn referred the Action to the United States Bankruptcy Court for the Southern District of New York.

WHEREAS, on June 11, 2019, Defendant filed a motion to transfer the Action to the Delaware Bankruptcy Court (the "Motion to Transfer), as well as a motion to dismiss the Action (the "Motion to Dismiss").  ECF Nos. 5, 9.

WHEREAS, in the Motion to Transfer and the Motion to Dismiss, Defendant asserts, *inter alia*, that the claims in the Action "are property of the EdgeMarc estate."  ECF No. 6 at 6; *see* ECF No. 10 at 14.

WHEREAS, Plaintiffs contend that the claims in the Action are direct claims and not property of the EdgeMarc estate, have agreed that the Delaware Bankruptcy Court should resolve Defendant's assertion that the claims in the Action are property of the EdgeMarc estate, and otherwise reserve all rights, arguments and defenses;

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned attorneys, as follows:

1. The parties consent to transfer of the Action from this Court to the Delaware Bankruptcy Court under 28 U.S.C. §1404(a).

2. All parties otherwise fully reserve and do not waive all rights, defenses and arguments, including Plaintiffs' right to seek remand or abstention in favor of the New York State Court and all parties' rights, defenses and arguments in connection with the Motion to Dismiss, discovery and all other matters.

**IT IS HEREBY ORDERED THAT** for convenience and in the interests of justice, upon the consent of all parties, the Action is transferred under 28 U.S.C. § 1404(a) to the Delaware Bankruptcy Court. Defendant's motion to transfer at ECF No. 5 is moot.

Dated: New York, New York
June 26, 2019

| WACHTELL, LIPTON, ROSEN & KATZ | PACHULSKI STANG ZIEHL & JONES LLP |
|---|---|
| By: /s/ Emil A. Kleinhaus<br>Emil A. Kleinhaus<br>Carrie M. Reilly<br>S. Christopher Szczerban<br>Shaun E. Werbelow<br>Michael H. Cassel<br>51 West 52nd Street<br>New York, NY 10019<br>Telephone: (212) 403-1000<br>Facsimile: (212) 403-2000<br>EAKleinhaus@wlrk.com<br>CMReilly@wlrk.com<br>SCSzczerban@wlrk.com<br>SEWerbelow@wlrk.com<br>MHCassel@wlrk.com<br><br>*Attorneys for Plaintiffs GSCP VI EdgeMarc Holdings, L.L.C., GSCP VI Parallel EdgeMarc Holdings, L.L.C., WSEP and Bridge 2012 EdgeMarc Holdings, L.L.C., and EM Holdco LLC* | By: /s/ Beth E. Levine<br>Laura Davis Jones<br>Beth E. Levine<br>780 Third Avenue, 34th Floor<br>New York, NY 10017<br>Telephone: (212) 561-7000<br>Facsimile: (212) 561-777<br>ljones@pszjlaw.com<br>blevine@pszjlaw.com<br><br>and<br><br>Michael P. Lynn<br>Chris Patton<br>John Adams<br>LYNN PINKER COX & HURST, L.L.P<br>2100 Ross Avenue, Suite 2700<br>Dallas, Texas 75201<br>Telephone: (214) 981-3800<br>Facsimile: (214) 981-3839<br>mlynn@lynnllp.com<br>cpatton@lynnllp.com<br>jadams@lynnllp.com<br><br>*Attorneys for Defendant ETC Northeast Pipeline, LLC* |

Dated: July 1, 2019

SO ORDERED: /s/ James L. Garrity, Jr.
United States Bankruptcy Judge