# U.S. Bankruptcy Court
## Southern District of New York (Manhattan)
## Adversary Proceeding #: 19–01293–jlg

*Assigned to:* Judge James L. Garrity Jr.  
*Demand:*  
  *Nature[s] of Suit:*  02 Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy)

*Date Filed:* 06/06/19  
*Date Removed From State:* 06/06/19

*Plaintiff*  
―――――――――――――――――――  
**GSCP VI Edgemarc Holdings, L.L.C.**   represented by **Emil A. Kleinhaus**  
Wachtell, Lipton, Rosen & Katz  
51 West 52nd Street  
New York, NY 10019  
(212) 403–1332  
Fax : (212) 403–2332  
Email: eakleinhaus@wlrk.com

*Plaintiff*  
―――――――――――――――――――  
**GSCP VI Parallel Edgemarc Holdings, L.L.C.**   represented by **Emil A. Kleinhaus**  
(See above for address)

*Plaintiff*  
―――――――――――――――――――  
**WSEP and Bridge 2012 Edgemarc Holdings, L.L.C.**   represented by **Emil A. Kleinhaus**  
(See above for address)

*Plaintiff*  
―――――――――――――――――――  
**EM Holdco LLC**   represented by **Emil A. Kleinhaus**  
(See above for address)

V.

*Defendant*  
―――――――――――――――――――  
**ETC Northeast Pipeline, LLC**   represented by **John Stewart Adams**  
Lynn Pinker Cox Hurst LLP  
2100 Ross Avenue  
Suite 2100  
Dallas, TX 75201  
214–292–3645  
Email: jadams@lynnllp.com

**Laura Davis Jones**  
Pachulski , Stang, Ziehl & Jones, LLP  
919 N. Market Street  
17th Floor  
Wilmington, DE 19899  
(302) 652–4100  
Fax : (302) 652–4400

Email: ljones@pszjlaw.com

**Beth Levine**
Pachulski Stang Ziehl Young Jones
780 Third Avenue
36th Floor
New York, NY 10017
(212) 561–7700
Fax : (212) 561–7777
Email: blevine@pszjlaw.com
*LEAD ATTORNEY*

**Beth E. Levine**
Pachulski Stang Ziehl & Jones LLP
780 Third Avenue
Ste 34th Floor
New York, NY 10017
212–561–7720
Email: blevine@pszjlaw.com

**Michael Paige Lynn**
Lynn Pinker Cox Hurst LLP
2100 Ross Avenue
Suite 2100
Dallas, TX 75201
214–981–3801
Email: mlynn@lynnllp.com

| **Filing Date** | **#** | **Docket Text** |
|---|---|---|
| 06/06/2019 | 1 | Adversary case 19–01293. Copy of Certified Order Transferring Case No. *1:19–cv–5264 (VSB)* from the U.S. District Court, S.D.N.Y. to the U.S. Bankruptcy Court, S.D.N.Y. (Receipt Number 17018163, Fee Amount $ 350.). Nature(s) of Suit: (02 (Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy))) Filed by GSCP VI Edgemarc Holdings, L.L.C., GSCP VI Parallel Edgemarc Holdings, L.L.C., WSEP and Bridge 2012 Edgemarc Holdings, L.L.C., EM Holdco LLC. (Attachments: # 1 Doc 1 Notice of Removal part 2 # 2 Doc 1 Notice of Removal part 3 # 3 Doc 2 Civil Cover Sheet # 4 Doc 3 Notice of Appearance # 5 Doc 4 Cert. of Service # 6 Doc 5 Case Transferred Out # 7 SDNY Docket Sheet) (Pisarczyk, Gladys) (Entered: 06/06/2019) |
| 06/06/2019 | 2 | This case is related to a bankruptcy case filed in the U.S. Bankruptcy Court for the District of Delaware: EdgeMarc Energy Holdings, LLC at el., Case Number: 19–11104 (Porter, Minnie). (Entered: 06/06/2019) |
| 06/06/2019 | 3 | Notice of Case Reassignment From Judge Cecelia G. Morris to Judge James L. Garrity, Jr.. Judge James L. Garrity, Jr. added to the case. (Porter, Minnie). (Entered: 06/06/2019) |
| 06/08/2019 | 4 | Certificate of Mailing Re: Notice of Case Reassignment (related document(s) (Related Doc # 3)) . Notice Date 06/08/2019. (Admin.) (Entered: 06/09/2019) |
| 06/11/2019 | 5 | Motion to Transfer Venue */ Motion of ETC Northeast Pipeline, LLC to Transfer the Action to the District of Delaware Pursuant to 28 U.S.C. § 1412 and/or 28 U.S.C. § 1404(a)* filed by Beth E. Levine on behalf of ETC Northeast Pipeline, LLC with hearing to be held on 8/27/2019 at 02:00 PM at Courtroom 601 (JLG) Responses due by 7/8/2019,. (Attachments: # 1 Proposed Order) (Levine, Beth) (Entered: 06/11/2019) |

| | | | |
|---|---|---|---|
| 06/11/2019 | | 6 | Memorandum of Law *in Support of ETC Northeast Pipeline, LLC's Motion to Transfer the Action to the District of Delaware Pursuant to 28 U.S.C. § 1412 and/or 28 U.S.C. § 1404(a)* (related document(s)5) filed by Beth E. Levine on behalf of ETC Northeast Pipeline, LLC. Objections due by 7/8/2019, (Levine, Beth) (Entered: 06/11/2019) |
| 06/11/2019 | | 7 | Declaration *of Beth E. Levine In Support of ETC Northeast Pipeline, LLC's Motion to Transfer the Action to the District of Delaware Pursuant to 28 U.S.C. § 1412 and/or 28 U.S.C. § 1404(a)* (related document(s)5) filed by Beth E. Levine on behalf of ETC Northeast Pipeline, LLC. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E # 6 Exhibit F # 7 Exhibit G # 8 Exhibit H) (Levine, Beth) (Entered: 06/11/2019) |
| 06/11/2019 | | 8 | Declaration *of Gregory P. Graham In Support of ETC Northeast Pipeline, LLC'S Motion to Transfer the Action to the District of Delaware Pursuant to 28 U.S.C. § 1412 and/or 28 U.S.C. § 1404(a)* (related document(s)5) filed by Beth E. Levine on behalf of ETC Northeast Pipeline, LLC. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E # 6 Exhibit F # 7 Exhibit G) (Levine, Beth) (Entered: 06/11/2019) |
| 06/11/2019 | | 9 | Motion to Dismiss Adversary Proceeding */ Defendant's Motion to Dismiss* filed by Beth E. Levine on behalf of ETC Northeast Pipeline, LLC. with hearing to be held on 8/27/2019 at 02:00 PM at Courtroom 601 (JLG) Responses due by 7/8/2019, (Attachments: # 1 Proposed Order) (Levine, Beth) (Entered: 06/11/2019) |
| 06/11/2019 | | 10 | Memorandum of Law *in Support of Defendant's Motion to Dismiss* (related document(s)9) filed by Beth E. Levine on behalf of ETC Northeast Pipeline, LLC. Objections due by 7/8/2019, (Levine, Beth) (Entered: 06/11/2019) |
| 06/11/2019 | | 11 | Declaration *of Andrew Laurent Metz in Support of Motion to Dismiss* (related document(s)9) filed by Beth E. Levine on behalf of ETC Northeast Pipeline, LLC. (Attachments: # 1 Exhibits A – O) (Levine, Beth) (Entered: 06/11/2019) |
| 06/11/2019 | | 12 | Certificate of Service (related document(s)7, 9, 10, 6, 11, 5, 8) Filed by Beth E. Levine on behalf of ETC Northeast Pipeline, LLC. (Levine, Beth) (Entered: 06/11/2019) |
| 06/12/2019 | | 13 | Notice of Pre−Trial Conference for a Removed Case with Pre−Trial Conference set for 8/28/2019 at 11:00 AM at Courtroom 601 (JLG), (Porter, Minnie) (Entered: 06/12/2019) |
| 06/13/2019 | | 14 | Application for Pro Hac Vice Admission *of Laura Davis Jones* filed by Laura Davis Jones on behalf of ETC Northeast Pipeline, LLC. (Jones, Laura) (Entered: 06/13/2019) |
| 06/13/2019 | | | Receipt of Application for Pro Hac Vice Admission( 19−01293−jlg) [motion,122] ( 200.00) Filing Fee. Receipt number A13263411. Fee amount 200.00. (Re: Doc # 14) (U.S. Treasury) (Entered: 06/13/2019) |
| 06/14/2019 | | 15 | **AMENDED** Notice of Pre−Trial Conference for a Removed Case with Pre−Trial Conference set for 8/27/2019 at 02:00 PM at Courtroom 601 (JLG), (Rodriguez, Willie) (Entered: 06/14/2019) |

| | | | |
|---|---|---|---|
| 06/17/2019 | | 16 | Application for Pro Hac Vice Admission filed by Michael Paige Lynn on behalf of ETC Northeast Pipeline, LLC. (Attachments: # 1 Order) (Lynn, Michael) (Entered: 06/17/2019) |
| 06/17/2019 | | | Receipt of Application for Pro Hac Vice Admission( 19–01293–jlg) [motion,122] ( 200.00) Filing Fee. Receipt number A13270252. Fee amount 200.00. (Re: Doc # 16) (U.S. Treasury) (Entered: 06/17/2019) |
| 06/18/2019 | | 17 | Application for Pro Hac Vice Admission filed by John Stewart Adams on behalf of ETC Northeast Pipeline, LLC. (Attachments: # 1 Order) (Adams, John) (Entered: 06/18/2019) |
| 06/18/2019 | | | Receipt of Application for Pro Hac Vice Admission( 19–01293–jlg) [motion,122] ( 200.00) Filing Fee. Receipt number A13271878. Fee amount 200.00. (Re: Doc # 17) (U.S. Treasury) (Entered: 06/18/2019) |
| 06/18/2019 | | 18 | Notice of Appearance filed by Emil A. Kleinhaus on behalf of EM Holdco LLC, GSCP VI Edgemarc Holdings, L.L.C., GSCP VI Parallel Edgemarc Holdings, L.L.C., WSEP and Bridge 2012 Edgemarc Holdings, L.L.C.. (Kleinhaus, Emil) (Entered: 06/18/2019) |
| 06/18/2019 | | 19 | Disclosure Statement filed by Emil A. Kleinhaus on behalf of EM Holdco LLC, GSCP VI Edgemarc Holdings, L.L.C., GSCP VI Parallel Edgemarc Holdings, L.L.C., WSEP and Bridge 2012 Edgemarc Holdings, L.L.C.. (Kleinhaus, Emil) (Entered: 06/18/2019) |
| 06/18/2019 | | 20 | Statement */ Plaintiffs' Rule 9027(e)(3) Statement* filed by Emil A. Kleinhaus on behalf of EM Holdco LLC, GSCP VI Edgemarc Holdings, L.L.C., GSCP VI Parallel Edgemarc Holdings, L.L.C., WSEP and Bridge 2012 Edgemarc Holdings, L.L.C.. (Kleinhaus, Emil) (Entered: 06/18/2019) |
| 06/19/2019 | | 21 | Corporate Ownership Statement */ Corporate Disclosure Statement*. Filed by Beth E. Levine on behalf of ETC Northeast Pipeline, LLC. (Levine, Beth) (Entered: 06/19/2019) |
| 06/20/2019 | | 22 | Order signed on 6/20/2019 Granting Application for Pro Hac Vice for Laura Davis Jones. (Related Doc # 14) (Rodriguez, Willie) (Entered: 06/20/2019) |
| 06/25/2019 | | 23 | Order signed on 6/25/2019 Granting Application for Pro Hac Vice for John Stewart Adams. (Related Doc # 17)(Rodriguez, Willie) (Entered: 06/25/2019) |
| 06/25/2019 | | 24 | Order signed on 6/25/2019 Granting Application for Pro Hac Vice for Michael Paige Lynn. (Related Doc # 16) (Rodriguez, Willie) (Entered: 06/25/2019) |
| 06/26/2019 | | 25 | Letter Filed by Emil A. Kleinhaus on behalf of EM Holdco LLC, GSCP VI Edgemarc Holdings, L.L.C., GSCP VI Parallel Edgemarc Holdings, L.L.C., WSEP and Bridge 2012 Edgemarc Holdings, L.L.C.. (Attachments: # 1 Exhibit Stipulation and [Proposed] Order of Transfer)(Kleinhaus, Emil) (Entered: 06/26/2019) |
| 07/01/2019 | | 26 | So Ordered Stipulation signed on 7/1/2019 Transferring Action to the Delaware Bankruptcy Court. Defendant's Motion to Transfer is Moot (related document(s)2, 5). (Gomez, Jessica) (Entered: 07/01/2019) |