# WACHTELL, LIPTON, ROSEN & KATZ

| | | | | |
|---|---|---|---|---|
| MARTIN LIPTON | RACHELLE SILVERBERG | 51 WEST 52ND STREET | ADAM J. SHAPIRO | MARK F. VEBLEN |
| HERBERT M. WACHTELL | STEVEN A. COHEN | NEW YORK, N.Y. 10019-6150 | NELSON O. FITTS | VICTOR GOLDFELD |
| THEODORE N. MIRVIS | DEBORAH L. PAUL | | JOSHUA M. HOLMES | EDWARD J. LEE |
| EDWARD D. HERLIHY | DAVID C. KARP | TELEPHONE: (212) 403-1000 | DAVID E. SHAPIRO | BRANDON C. PRICE |
| DANIEL A. NEFF | RICHARD K. KIM | FACSIMILE: (212) 403-2000 | DAMIAN G. DIDDEN | KEVIN S. SCHWARTZ |
| ANDREW R. BROWNSTEIN | JOSHUA R. CAMMAKER | | IAN BOCZKO | MICHAEL S. BENN |
| MARC WOLINSKY | MARK GORDON | GEORGE A. KATZ (1965-1989) | MATTHEW M. GUEST | SABASTIAN V. NILES |
| STEVEN A. ROSENBLUM | JOSEPH D. LARSON | JAMES H. FOGELSON (1967-1991) | DAVID E. KAHAN | ALISON ZIESKE PREISS |
| JOHN F. SAVARESE | JEANNEMARIE O'BRIEN | LEONARD M. ROSEN (1965-2014) | DAVID K. LAM | TIJANA J. DVORNIC |
| SCOTT K. CHARLES | WAYNE M. CARLIN | | BENJAMIN M. ROTH | JENNA E. LEVINE |
| JODI J. SCHWARTZ | STEPHEN R. DiPRIMA | OF COUNSEL | JOSHUA A. FELTMAN | RYAN A. McLEOD |
| ADAM O. EMMERICH | NICHOLAS G. DEMMO | | ELAINE P. GOLIN | ANITHA REDDY |
| RALPH M. LEVENE | IGOR KIRMAN | WILLIAM T. ALLEN    HAROLD S. NOVIKOFF | EMIL A. KLEINHAUS | JOHN L. ROBINSON |
| RICHARD G. MASON | JONATHAN M. MOSES | MARTIN J.E. ARMS    LAWRENCE B. PEDOWITZ | KARESSA L. CAIN | JOHN R. SOBOLEWSKI |
| DAVID M. SILK | T. EIKO STANGE | MICHAEL H. BYOWITZ    ERIC S. ROBINSON | RONALD C. CHEN | STEVEN WINTER |
| ROBIN PANOVKA | JOHN F. LYNCH | GEORGE T. CONWAY III    PATRICIA A. ROBINSON* | GORDON S. MOODIE | EMILY D. JOHNSON |
| DAVID A. KATZ | WILLIAM SAVITT | KENNETH B. FORREST    ERIC M. ROTH | DONGJU SONG | JACOB A. KLING |
| ILENE KNABLE GOTTS | ERIC M. ROSOF | SELWYN B. GOLDBERG    PAUL K. ROWE | BRADLEY R. WILSON | RAAJ S. NARAYAN |
| JEFFREY M. WINTNER | GREGORY E. OSTLING | PETER C. HEIN    DAVID A. SCHWARTZ | GRAHAM W. MELI | VIKTOR SAPEZHNIKOV |
| TREVOR S. NORWITZ | DAVID B. ANDERS | MEYER G. KOPLOW    MICHAEL J. SEGAL | GREGORY E. PESSIN | MICHAEL J. SCHOBEL |
| BEN M. GERMANA | ANDREA K. WAHLQUIST | LAWRENCE S. MAKOW    ELLIOTT V. STEIN | CARRIE M. REILLY | ELINA TETELBAUM |
| ANDREW J. NUSSBAUM | | DOUGLAS K. MAYER    WARREN R. STERN | | |
| | | MARSHALL L. MILLER    PAUL VIZCARRONDO, JR. | | |
| | | PHILIP MINDLIN    PATRICIA A. VLAHAKIS | | |
| | | ROBERT M. MORGENTHAU    AMY R. WOLF | | |
| | | DAVID S. NEILL | | |

\* ADMITTED IN THE DISTRICT OF COLUMBIA

COUNSEL

| | |
|---|---|
| DAVID M. ADLERSTEIN | NANCY B. GREENBAUM |
| AMANDA K. ALLEXON | MARK A. KOENIG |
| LOUIS J. BARASH | LAUREN M. KOFKE |
| FRANCO CASTELLI | J. AUSTIN LYONS |
| DIANNA CHEN | ALICIA C. McCARTHY |
| ANDREW J.H. CHEUNG | PAULA N. RAMOS |
| PAMELA EHRENKRANZ | NEIL M. SNYDER |
| KATHRYN GETTLES-ATWA | S. CHRISTOPHER SZCZERBAN |
| ADAM M. GOGOLAK | JEFFREY A. WATIKER |

Direct Dial: (212) 403-1332
Direct Fax: (212) 403-2332
E-Mail: EAKleinhaus@WLRK.com

July 10, 2019

<u>Via ECF Filing</u>

The Honorable John T. Dorsey
United States Bankruptcy Court for the
District of Delaware
824 North Market Street, 5th Floor
Wilmington, DE 19801

      Re: *GSCP VI Edgemarc Holdings, L.L.C. et al.* v. *ETC Northeast Pipeline, LLC* (19-50269-JTD)

Dear Judge Dorsey:

  Together with Drinker Biddle & Reath LLP, we represent GSCP VI EdgeMarc Holdings, L.L.C., GSCP VI Parallel EdgeMarc Holdings, L.L.C., WSEP and Bridge 2012 EdgeMarc Holdings, L.L.C., and EM Holdco LLC (the "Equity Owners") in connection with the chapter 11 cases of EdgeMarc Energy Holdings, LLC and affiliate debtors (19-11104-JTD) and in the above-captioned adversary proceeding.

WACHTELL, LIPTON, ROSEN & KATZ

The Honorable John T. Dorsey
July 10, 2019
Page 2

      The Equity Owners — which are affiliated with investment funds managed by Goldman Sachs & Co. LLC, or are owned directly or indirectly by the Ontario Teachers' Pension Plan Board — are the equity owners of EdgeMarc. Prior to EdegMarc's chapter 11 filing, the Equity Owners commenced this action in the Commercial Division of the Supreme Court of the State of New York, New York County, alleging claims for breach of contract, unjust enrichment and negligent misrepresentation against ETC Northeast Pipeline, LLC ("Energy Transfer"). On June 4, 2019, Energy Transfer removed this action to the United Stated Bankruptcy Court for the Southern District of New York. Dkt No. 1. On June 11, 2019, Energy Transfer moved to transfer the action to this Court and to dismiss the action. Dkt. Nos. 5, 9. On July 1, 2019, pursuant to a stipulation by the parties, the action was transferred to this Court, where it was docketed as the above-captioned adversary proceeding. Dkt. Nos. 26, 27.

      We write to notify the Court that the parties have agreed to a briefing schedule for Energy Transfer's motion to dismiss. Pursuant to this agreement, the Equity Owners' opposition papers would be due July 30, 2019. Energy Transfer's reply papers would be due August 6, 2019. The parties respectfully request that the Court approve this briefing schedule. If the Court has any questions regarding this matter, the parties are available for a conference. We thank the Court for its time and attention.

      Respectfully submitted,

      */s/ Emil Kleinhaus*

      Emil A. Kleinhaus

cc:    Michael P. Lynn, Esq. (*via E-mail*)
        Laura Davis Jones, Esq. (*via E-mail*)
        Beth Levine, Esq. (*via E-mail*)
        Patrick A. Jackson, Esq. (*via Email*)