# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>EDGEMARC ENERGY HOLDINGS, LLC, *et al.*,<br><br>    Debtors. | Chapter 11<br><br>Case No. 19-11104 (JTD)<br><br>(Jointly Administered) |
| GSCP VI Edgemarc Holdings, L.L.C., GSCP VI Parallel Edgemarc Holdings, L.L.C., WSEP and Bridge 2012 Edgemarc Holdings, L.L.C. and EM Holdco LLC<br><br>    Plaintiffs,<br><br>v.<br><br>ETC Northeast Pipeline, LLC<br><br>    Defendant. | Adv. Proc. No. 19-50269 (JTD)<br><br>**Re: Adv. Docket No. 9** |

## SCHEDULING ORDER

To promote its efficient and expeditious disposition, the following briefing schedule shall apply with respect to the *Defendant's Motion to Dismiss* filed June 11, 2019 [Adv. D.I. 9]:

1. The above-captioned Plaintiffs' opposition papers shall filed and served on or before July 30, 2019.

2. The above-captioned Defendant's reply papers shall be filed and served on or before August 6, 2019.

**Dated: July 11th, 2019**
**Wilmington, Delaware**

**JOHN T. DORSEY**
**UNITED STATES BANKRUPTCY JUDGE**

119860988.1