# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>EDGEMARC ENERGY HOLDINGS, LLC, *et al.*,<br><br>                    *Debtors*. | Chapter 11<br><br>Case No. 19-11104-JTD |
| GSCP VI EDGEMARC HOLDINGS, L.L.C., GSCP VI PARALLEL EDGEMARC HOLDINGS, L.L.C., WSEP AND BRIDGE 2012 EDGEMARC HOLDINGS, L.L.C., and EM HOLDCO LLC,<br><br>                    *Plaintiffs*,<br><br>v.<br><br>ETC NORTHEAST PIPELINE, LLC,<br><br>                    *Defendant*. | Adv. Pro. No. 19-50269-JTD<br><br><br><br>**Re: Adv. D.I. 9** |

## DECLARATION OF PATRICK A. JACKSON IN SUPPORT OF
## THE EQUITY OWNERS' MEMORANDUM OF LAW IN OPPOSITION TO
## EQUITY TRANSFER'S MOTION TO DISMISS

Patrick A. Jackson declares on this 30th day of July, 2019:

1. I am an attorney at Drinker Biddle & Reath LLP, co-counsel with Wachtell, Lipton, Rosen & Katz for plaintiffs GSCP VI EdgeMarc Holdings, L.L.C., GSCP VI Parallel EdgeMarc Holdings, L.L.C., WSEP and Bridge 2012 EdgeMarc Holdings, L.L.C., and EM Holdco LLC (the "Equity Owners").  I submit this declaration in support of the Equity Owners' memorandum of law in opposition to Energy Transfer's motion to dismiss.

2. Attached hereto as Exhibit A is a true and correct copy of the Amended and Restated Gathering and Processing Agreement between EM Energy Pennsylvania, LLC and ETC Northeast Pipeline, LLC, dated November 13, 2017.

3.      Attached hereto as Exhibit B is a true and correct copy of the Amended and Restated Individual Transaction Confirmation (Gatherer's Contract No. 9532-101) to Amended and Restated Gathering and Processing Agreement between EM Energy Pennsylvania, LLC and ETC Northeast Pipeline, LLC, dated November 13, 2017.

4.      Attached hereto as Exhibit C is a true and correct copy of the Amended and Restated Individual Transaction Confirmation (Gatherer's Contract No. 9532-102) to Amended and Restated Gathering and Processing Agreement between EM Energy Pennsylvania, LLC and ETC Northeast Pipeline, LLC, dated November 13, 2017.

5.      Attached hereto as Exhibit D is a true and correct copy of the decision *Hercules Managements Ltd.* v. *Ernst & Young*, [1997] 2 S.C.R. 165 (Can.), as published in the Canada Supreme Court Reports.

6.      Attached hereto as Exhibit E is a true and correct copy of the decision *R.* v. *Imperial Tobacco Canada Ltd.*, [2011] 3 S.C.R. 45 (Can.), as published in the Canada Supreme Court Reports.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

                                                  */s/ Patrick A. Jackson*
                                                    Patrick A. Jackson