# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>EDGEMARC ENERGY HOLDINGS, LLC, *et al.*,<br><br>*Debtors*. | Chapter 11<br><br>Case No. 19-11104-JTD |
| GSCP VI EDGEMARC HOLDINGS, L.L.C., GSCP VI PARALLEL EDGEMARC HOLDINGS, L.L.C., WSEP AND BRIDGE 2012 EDGEMARC HOLDINGS, L.L.C., and EM HOLDCO LLC,<br><br>*Plaintiffs*,<br><br>v.<br><br>ETC NORTHEAST PIPELINE, LLC,<br><br>*Defendant*. | Adv. Pro. No. 19-50269-JTD |

## EQUITY OWNERS' MOTION FOR ABSTENTION AND REMAND

Pursuant to 28 U.S.C. §§ 1334 and 1447(c) and Fed. R. Bankr. P. 9014 and 9027(d), Plaintiffs GSCP VI EdgeMarc Holdings, L.L.C., GSCP VI Parallel EdgeMarc Holdings, L.L.C., WSEP and Bridge 2012 EdgeMarc Holdings, L.L.C., and EM Holdco LLC hereby move for an order, in the form attached hereto, remanding this action to the Commercial Division of the New York Supreme Court, New York County. The grounds for this motion are explained in the accompanying Memorandum of Law in Support of Motion for Abstention and Remand filed contemporaneously herewith.

Dated: July 30, 2019

Emil A. Kleinhaus (*admitted pro hac vice*)
Carrie M. Reilly (*pro hac vice pending*)
S. Christopher Szczerban (*pro hac vice pending*)
Corey J. Banks (*pro hac vice pending*)
Michael H. Cassel (*admitted pro hac vice*)
WACHTELL, LIPTON, ROSEN & KATZ
51 West 52nd Street
New York, New York  10019
Telephone:  (212) 403-1000
Facsimile:  (212) 403-2000
EAKleinhaus@wlrk.com
CMReilly@wlrk.com
SCSzczerban@wlrk.com
CJBanks@wlrk.com
MHCassel@wlrk.com

Respectfully submitted,

*/s/ Patrick A. Jackson*
Patrick A. Jackson (Del. Bar No. 4976)
DRINKER BIDDLE & REATH LLP
222 Delaware Avenue, Suite 1410
Wilmington, Delaware  19801-1621
Phone:  (302) 467-4200
Facsimile:  (302) 467-4201
Patrick.Jackson@dbr.com

*Attorneys for Plaintiffs GSCP VI EdgeMarc Holdings, L.L.C., GSCP VI Parallel EdgeMarc Holdings, L.L.C., WSEP and Bridge 2012 EdgeMarc Holdings, L.L.C., and EM Holdco LLC*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>EDGEMARC ENERGY HOLDINGS, LLC, *et al.*,<br><br>        *Debtors*. | Chapter 11<br><br>Case No. 19-11104-JTD |
| GSCP VI EDGEMARC HOLDINGS, L.L.C., GSCP VI PARALLEL EDGEMARC HOLDINGS, L.L.C., WSEP AND BRIDGE 2012 EDGEMARC HOLDINGS, L.L.C., and EM HOLDCO LLC,<br><br>        *Plaintiffs*,<br><br>        v.<br><br>ETC NORTHEAST PIPELINE, LLC,<br><br>        *Defendant*. | Adv. Pro. No. 19-50269-JTD |

**ORDER GRANTING EQUITY OWNERS' MOTION FOR**
**ABSTENTION AND REMAND**

This matter having come before the Court upon the Equity Owners' Motion for Abstention and Remand (the "Motion"); the Court having reviewed the Motion, all submissions in support thereof, and any responses thereto:

IT IS HEREBY ORDERED this _____ day of _____, 201_ that the Motion is granted and that this action is remanded to the Commercial Division of the New York Supreme Court, New York County.

_____
The Honorable John T. Dorsey
UNITED STATES BANKRUPTCY JUDGE