IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>EDGEMARC ENERGY HOLDINGS, LLC, *et al.*,<br><br>        *Debtors*. | Chapter 11<br><br>Case No. 19-11104-JTD |
| GSCP VI EDGEMARC HOLDINGS, L.L.C., GSCP VI PARALLEL EDGEMARC HOLDINGS, L.L.C., WSEP AND BRIDGE 2012 EDGEMARC HOLDINGS, L.L.C., and EM HOLDCO LLC,<br><br>        *Plaintiffs*,<br><br>        v.<br><br>ETC NORTHEAST PIPELINE, LLC,<br><br>        *Defendant*. | Adv. Pro. No. 19-50269-JTD<br><br>**Re: Adv. Docket Nos. 9, 31, 35, 39** |

## AMENDED SCHEDULING ORDER

By agreement of the parties, the following briefing schedule shall apply with respect to the *Defendant's Motion to Dismiss* filed June 11, 2019 [Adv. D.I. 9]:

1. The above-captioned Defendant's reply papers shall be filed and served on or before August 16, 2019.

By agreement of the parties, the following briefing schedule shall apply with respect the *Equity Owners' Motion for Abstention and Remand* filed on July 30, 2019 [Adv. D.I. 35]:

2. The above-captioned Defendant's opposition papers shall filed and served on or before August 16, 2019.

3. The above-captioned Plaintiffs' reply papers shall filed and served on or before August 23, 2019.

**Dated: August 6th, 2019**
Wilmington, Delaware

*/s/ John T. Dorsey*
**JOHN T. DORSEY**
**UNITED STATES BANKRUPTCY JUDGE**