IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| EDGEMARC ENERGY HOLDINGS, LLC, *et al.*,[1] ) | Case No. 19-11104 (JTD) |
| ) | |
| Debtors. ) | (Jointly Administered) |
| ) | |
| GSCP VI EDGEMARC HOLDINGS, L.L.C., ) | Adv. Pro. No. 19-50269-JTD |
| GSCP VI PARALLEL EDGEMARC ) | |
| HOLDINGS, L.L.C., WSEP AND BRIDGE 2012 ) | |
| EDGEMARC HOLDINGS, L.L.C., and EM ) | |
| HOLDCO LLC, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| ETC NORTHEAST PIPELINE, LLC, ) | |
| ) | |
| Defendant. ) | |

**CERTIFICATE OF SERVICE**

I, Timothy P. Cairns, hereby certify that on the 16th day of August, 2019, I caused a copy of the following document to be served on the individuals on the attached service list in the manner indicated.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, where applicable, are: EdgeMarc Energy Holdings, LLC (6900), EM Energy Manager, LLC (5334), EM Energy Employer, LLC (8026), EM Energy Ohio, LLC (6935), EM Energy Pennsylvania, LLC (1541), EM Energy West Virginia, LLC (3771), EM Energy Keystone, LLC (7506), EM Energy Midstream Ohio, LLC (1268), EM Energy Midstream Pennsylvania, LLC (3963). The Debtors' corporate headquarters and mailing address is 1800 Main Street, Suite 220, Canonsburg, PA 15317.

ETC NORTHEAST PIPELINE LLC'S OPPOSITION TO EQUITY OWNERS' MOTION FOR ABSTENTION AND REMAND

DEFENDANT'S REPLY IN SUPPORT OF ITS MOTION TO DISMISS

*/s/ Timothy P. Cairns*
Timothy P. Cairns, Esq. (DE Bar 4228)

EdgeMarc Energy Holdings, LLC – Adversary Service List
Adv. Proc. No. 19-50269 (JTD)
Doc #225003
03-First Class Mail
03-Hand Delivery
18-Electronic Mail


***VIA HAND DELIVERY & ELECTRONIC MAIL***
Counsel to EM Holdco LLC; GSCP VI EdgeMarc Holdings, L.L.C.; GSCP VI Parallel EdgeMarc Holdings, L.L.C., Goldman Sachs & Co. LLC; Ontario Teachers' Pension Plan Board, WSEP and Bridge 2012 EdgeMarc Holdings, L.L.C.
Patrick A. Jackson, Esquire
Drinker Biddle & Reath LLP
222 Delaware Ave., Suite 1410
Wilmington, DE 19801-1621
**email: Patrick.Jackson@dbr.com**


***VIA FIRST CLASS MAIL & ELECTRONIC MAIL***
Counsel to EM Holdco LLC; GSCP VI EdgeMarc Holdings, L.L.C.; GSCP VI Parallel EdgeMarc Holdings, L.L.C., Goldman Sachs & Co. LLC; Ontario Teachers' Pension Plan Board, WSEP and Bridge 2012 EdgeMarc Holdings, L.L.C.
Richard G. Mason, Esquire
Emil A. Kleinhaus, Esquire
Michael H. Cassel, Esquire
Wachtell, Lipton, Rosen & Katz
51 West 52nd St.
New York, NY  10019
**email: rgmason@wlrk.com; eakleinhaus@wlrk.com; mhcassel@wlrk.com**


***VIA HAND DELIVERY & ELECTRONIC MAIL***
Counsel to Debtor
Adam Landis, Esquire
Kerri Mumford, Esquire
Jennifer Cree, Esquire
Holly Smith, Esquire
Landis Rath & Cobb
919 N. Market St., Ste. 1800
Wilmington, DE  19801
**email: landis@lrclaw.com; mumford@lrclaw.com; cree@lrclaw.com; smith@lrclaw.com**

***VIA FIRST CLASS MAIL & ELECTRONIC MAIL***
Counsel to Debtor
Darren Klein, Esquire
Lara Samet Buchwald, Esquire
Aryeh Falk, Esquire
Jonah Peppiatt, Esquire
Davis Polk & Wardwell LLP
450 Lexington Ave.
New York, NY 10017
**email: darren.klein@davispolk.com; lara.buchwald@davispolk.com; aryeh.falk@davispolk.com; jonah.peppiatt@davispolk.com**

***VIA HAND DELIVERY & ELECTRONIC MAIL***
Counsel to Official Committee of Unsecured Creditors
Robert J. Dehney, Esquire
Andrew R. Remming, Esquire
Eric W. Moats, Esquire
1201 N. Market Street, 16th Floor
Wilmington, DE 19801
**email: rdehney@mnat.com; aremming@mnat.com; emoats@mnat.com**

***VIA FIRST CLASS MAIL & ELECTRONIC MAIL***
Counsel to Official Committee of Unsecured Creditors
Robert J. Stark, Esquire
Sigmund S. Wissner-Gross, Esquire
Andrew M. Carty, Esquire
Brown Rudnick LLP
Seven Times Square
New York, NY 10036
**email: rstark@brownrudnick.com; swissnergross@brownrudnick.com; acarty@brownrudnick.com**