# LANDIS RATH & COBB LLP

A LIMITED LIABILITY PARTNERSHIP
ATTORNEYS AT LAW

919 MARKET STREET, SUITE 1800
P.O. BOX 2087
WILMINGTON, DELAWARE 19899
www.lrclaw.com

Kerri K. Mumford
Direct Dial: 302.467.4414
Email: mumford@lrclaw.com

Telephone: 302.467.4400
Facsimile: 302.467.4450

August 26, 2019

*VIA ECF FILING*
The Honorable John T. Dorsey
United States Bankruptcy Court for the District of Delaware
824 North Market Street, 5th Floor
Wilmington, Delaware 19801

      **RE: *GSCP VI EdgeMarc Holdings, L.L.C., et al. v. ETC Northeast Pipeline, LLC*,
      Adv. Pro. No. 19-50269 (JTD)**

Dear Judge Dorsey,

    Together with Davis Polk & Wardwell LLP ("DPW"), Landis Rath & Cobb LLP ("LRC") represents the debtors and debtors-in-possession (collectively, the "Debtors") in their Chapter 11 proceedings jointly administered under Case No. 19-11104 (JTD) (the "Chapter 11 Cases").[1] We write in advance of the omnibus hearing scheduled for Wednesday, August 28, 2019 at 11:00 a.m. (prevailing Eastern Time) (the "Hearing") respectfully requesting that Your Honor hold a status conference at the Hearing to determine the deadline by which the Debtors and/or the Official Committee of Unsecured Creditors appointed in the Chapter 11 Cases (the "Committee") may file a motion to intervene or otherwise respond to the motions pending in the above-referenced adversary proceeding (the "Adversary Proceeding") to the extent they ultimately determine it is necessary to do so.

***The Pending Motions***

    On June 11, 2019, ETC Northeast Pipeline, LLC ("ETC") filed the *Defendant's Motion to Dismiss* [D.I. 9] (the "Motion to Dismiss") seeking dismissal of all causes of action asserted by GSCP VI EdgeMarc Holdings, L.L.C., GSCP VI Parallel EdgeMarc Holdings, L.L.C., WSEP and Bridge 2012 EdgeMarc Holdings, L.L.C., and EM Holdco LLC (collectively, the "Equity Owners" and together with ETC, the "Parties") in their complaint against ETC (the "Complaint"). On July 30, 2019, the Equity Owners filed the *Equity Owners' Memorandum of Law in Opposition to Energy Transfer's Motion to Dismiss* [D.I. 33]. On August 16, 2019, ETC filed the *Defendant's Reply in Support of its Motion to Dismiss* [D.I. 41]. On August 21, 2019, ETC requested oral argument on the Motion to Dismiss [D.I. 44].

---

[1] LRC is the Debtors' sole counsel in connection with the Adversary Proceeding (defined below).

{1239.002-W0057394.3}

The Honorable John T. Dorsey
August 26, 2019
Page 2

On July 30, 2019, the Equity Owners filed the *Equity Owners' Motion for Abstention and Remand* [D.I. 35] (the "Abstention/Remand Motion" and together with the Motion to Dismiss, the "Pending Motions") requesting that the Court remand the Adversary Proceeding to the Commercial Division of the New York Supreme Court, New York County. On August 16, 2019, ETC filed *ETC Northeast Pipeline LLC's Opposition to Equity Owners' Motion for Abstention and Remand* [D.I. 42]. On August 23, 2019, the Equity Owners filed the *Reply Brief in Support of Equity Owners' Motion for Abstention and Remand* [D.I. 45].

*Request for a Stay*

The Motion to Dismiss argues, among other things, that the Equity Owners do not have standing to assert the claims set forth in the Complaint because such claims belong to the Debtors' estates and/or are based on the same recovery as claims the Debtors' estates may hold against ETC. The Equity Owners disagree. As Your Honor is aware, the hearing on the sale of the Debtors' Pennsylvania assets has been continued to September 24, 2019 (the "Sale Hearing"). The Debtors believe that at this point in the Chapter 11 Cases it is premature to address what claims are property of the Debtors' estates and how such claims will be monetized to maximize value for their estates.

Prior to filing this letter, the Debtors conferred with counsel to the Equity Owners and ETC and requested that the Parties consent to stay all matters in the Adversary Proceeding, including the Pending Motions, until after the Sale Hearing. While the Debtors were able to reach agreement with the Equity Sponsors, they could not reach agreement with ETC. Accordingly, the Debtors respectfully request that the Court hold a status conference at the Hearing to discuss an appropriate briefing schedule for the Debtors and/or the Committee to intervene in the Adversary Proceeding or otherwise respond to the Pending Motions.

Sincerely,

Kerri K. Mumford

cc:   Michael P. Lynn, Esq. (*via E-Mail*)
      Laura Davis Jones, Esq. (*via E-Mail*)
      Emil A. Kleinhaus, Esq. (*via E-Mail*)
      Patrick A. Jackson, Esq. (*via E-Mail*)
      Robert J. Dehney, Esq. (*via E-Mail*)
      Sigmund S. Wissner-Gross, Esq. (*via E-Mail*)