# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| EDGEMARC ENERGY HOLDINGS, LLC, | ) Case No. 19-11104 (JTD) |
| | ) |
| Debtor(s). | ) |
| | ) Adv. Proc. No. 19-50269 (JTD) |
| GSCP VI EDGEMARC HOLDINGS, L.L.C., et al. | ) |
| | ) |
| Plaintiff(s), | ) |
| v. | ) |
| | ) |
| ETC NORTHEAST PIPELINE, LLC, | ) |
| | ) |
| Defendant(s). | ) |

## ORDER SCHEDULING STATUS CONFERENCE

The Court has scheduled a status conference in the above-captioned adversary proceeding for October 23, 2019 at 10:00 a.m. in Courtroom 5 of the United States Bankruptcy Court, Wilmington, Delaware. This will be a telephonic status conference, so long as no additional matters are scheduled to go forward at the omnibus hearing scheduled in the main bankruptcy case.

Dated: October 4, 2019

JOHN T. DORSEY, U.S.B.J.