# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>EDGEMARC ENERGY HOLDINGS, LLC, *et al.*,<br><br>    *Debtors*. | Chapter 11<br><br>Case No. 19-11104-JTD<br><br>(Jointly Administered) |
| GSCP VI EDGEMARC HOLDINGS, L.L.C., GSCP VI PARALLEL EDGEMARC HOLDINGS, L.L.C., WSEP AND BRIDGE 2012 EDGEMARC HOLDINGS, L.L.C., and EM HOLDCO LLC,<br><br>    *Plaintiffs*,<br><br>v.<br><br>ETC NORTHEAST PIPELINE, LLC,<br><br>    *Defendant*. | Adv. Pro. No. 19-50269-JTD<br><br>**Ref. Dkt. No. 35** |

### NOTICE OF COMPLETION OF BRIEFING WITH RESPECT TO
### THE EQUITY OWNERS' MOTION FOR ABSTENTION AND REMAND

PLEASE TAKE NOTICE that on July 30, 2019, Plaintiffs GSCP VI EdgeMarc Holdings, L.L.C., GSCP VI Parallel EdgeMarc Holdings, L.L.C., WSEP and Bridge 2012 EdgeMarc Holdings, L.L.C., and EM Holdco LLC (collectively, the "Equity Owners"), through their undersigned counsel, filed the *Equity Owners' Motion for Abstention and Remand* [Adv. D.I. 35] (the "Abstention Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court") in the above-captioned adversary proceeding (the "Adversary Proceeding").

PLEASE TAKE FURTHER NOTICE that all briefing with respect to the Abstention Motion has been completed. Copies of the following related pleadings and documents are being delivered to Chambers on this date:

| Tab No. | Date Filed | Docket No. | Pleading |
|---|---|---|---|
| 1. | 7/30/19 | 35 | Equity Owners' Motion for Abstention and Remand |
| 2. | 7/30/19 | 36 | Equity Owners' Memorandum of Law in Support of Motion for Abstention and Remand |
| 3. | 8/6/19 | 39 | Letter to the Honorable John T. Dorsey Regarding Scheduling Order |
| 4. | 8/6/19 | 40 | Amended Scheduling Order |
| 5. | 8/16/19 | 42 | ETC Northeast Pipeline LLC's Opposition to Equity Owners' Motion for Abstention and Remand |
| 6. | 8/23/19 | 45 | Reply Brief in Support of Equity Owners' Motion for Abstention and Remand |
| 7. | 8/27/19 | 47 | Equity Owners' Request for Oral Argument |
| 8. | 8/28/19 | 48 | Defendant's Request for Oral Argument |
| 9. | 11/13/19 | 59 | Order Scheduling Oral Argument |

PLEASE TAKE FURTHER NOTICE that on November 13, 2019, the Court entered an *Order Scheduling Oral Argument* [Adv. D.I. 59], scheduling oral argument on the Abstention Motion for **January 7, 2020 at 2:00 p.m. prevailing Eastern Time** before the Honorable John T. Dorsey, United States Bankruptcy Court Judge, at the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 5th Floor, Courtroom No. 5, Wilmington, Delaware 19801.

Dated:  December 16, 2019

Emil A. Kleinhaus (*pro hac vice*)
Carrie M. Reilly (*pro hac vice*)
S. Christopher Szczerban (*pro hac vice*)
Corey J. Banks (*pro hac vice*)
Michael H. Cassel (*pro hac vice*)
WACHTELL, LIPTON, ROSEN & KATZ
51 West 52nd Street
New York, New York  10019
Telephone:  (212) 403-1000
Facsimile:  (212) 403-2000
EAKleinhaus@wlrk.com
CMReilly@wlrk.com
SCSzczerban@wlrk.com
CJBanks@wlrk.com
MHCassel@wlrk.com

Respectfully submitted,

*/s/ Patrick A. Jackson*
Patrick A. Jackson (Del. Bar No. 4976)
DRINKER BIDDLE & REATH LLP
222 Delaware Avenue, Suite 1410
Wilmington, Delaware  19801-1621
Phone:  (302) 467-4200
Facsimile:  (302) 467-4201
Email:  Patrick.Jackson@dbr.com

*Attorneys for Plaintiffs GSCP VI EdgeMarc Holdings, L.L.C., GSCP VI Parallel EdgeMarc Holdings, L.L.C., WSEP and Bridge 2012 EdgeMarc Holdings, L.L.C., and EM Holdco LLC*