# SIGN-IN SHEET

**JUDGE:** Dorsey    **COURTROOM:** 5

**CASE NUMBER:** 19-50269   **CASE NAME:** GSCP VI Edgemarc Holdings, L.L.C., *et al.* v. ETC Northeast Pipeline LLC, *et al.*   **DATE:** 1/7/2020 (2:00 PM)

***PLEASE PRINT YOUR NAME LEGIBLY OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED***

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Patrick Jackson | Drinker Biddle | Equity Sponsors |
| Emil Kleinhaus | Wachtell Lipton | " |
| Carrie Reilly | " | " |
| Corey Banks | " | " |
| Michael Cassel | " | " |
| Christopher Szczerban | " | " |
| Laura Davis Jones | Pachulski Stang Ziehl & Jones | ETC Northeast Pipeline |
| Michael Lynn | Lynn Pinker Cox & Hurst | ETC Northeast Pipeline |
| Kem Mumford | Landis Rath & Cobb | Debtors |

# Court Conference

Calendar Date: 01/07/2020
Calendar Time: 02:00 PM ET

# U.S. Bankruptcy Court-District of Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable John T. Dorsey
## Courtroom

*2nd Revision  Jan 7 2020 7:48AM*

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | EdgeMark Energy Holdings, LLC | 19-11104 | Hearing | 10295362 | Peg A. Brickley | (267) 979-0991 ext. | Dow Jones & Co. | Interested Party, Dow Jones & Co. / LISTEN ONLY |
| | | EdgeMarc Energy Holdings, LLC | 19-11104 | Hearing | 10295302 | Timothy A. Davidson II | (713) 220-3810 ext. | Hunton Andrews Kurth LLP | Creditor, KeyBank N.A. / LIVE |
| | | Edgemarc Energy Holdings, LLC | 19-11104 | Hearing | 10288620 | Katie Fackler | (904) 598-8610 ext. | Akerman LLP | Interested Party, ETC NorthEast Pipeline / LISTEN ONLY |
| | | EdgeMarc Energy Holdings, LLC | 19-11104 | Hearing | 10293677 | Taylor B. Harrison | (212) 390-7831 ext. | Debtwire | Interested Party, Debtwire / LISTEN ONLY |
| | | EdgeMarc Energy Holdings, LLC | 19-11104 | Hearing | 10293654 | Jeremy Hill | (646) 324-3948 ext. | Bloomberg News | Interested Party, Bloomberg News / LISTEN ONLY |
| | | EdgeMarc Energy Holdings, LLC | 19-11104 | Hearing | 10289405 | Rhett Metz | (214) 981-0700 ext. | Energy Transfer Technologies | Interested Party, Energy Transfer Technologies / LISTEN ONLY |
| | | EdgeMarc Energy Holdings, LLC | 19-11104 | Hearing | 10288635 | John E. Mitchell | (214) 720-4344 ext. | Akerman LLP | Interested Party, ETC NorthEast Pipeline / LISTEN ONLY |
| | | EdgeMarc Energy Holdings, LLC | 19-11104 | Hearing | 10293897 | Mitchell E. Sussman | (646) 616-3037 ext. | Cowen & Co., LLC | Interested Party, Cowen & Co., LLC / LISTEN ONLY |
| | | EdgeMarc Energy Holdings, LLC | 19-11104 | Hearing | 10288650 | Jessica Sykora | (713) 989-7152 ext. | Energy Transfer Partners | Interested Party, ETC NorthEast Pipeline / LISTEN ONLY |
| | | EdgeMarc Energy Holdings, LLC | 19-11104 | Hearing | 10278185 | Sigmund Wissner-Gross | (212) 209-4930 ext. | Brown Rudnick LLP | Creditor, Creditors Committee / LIVE |