IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>EDGEMARC ENERGY HOLDINGS, LLC, *et al.*,<br><br>               *Debtors*. | Chapter 11<br><br>Case No. 19-11104-JTD |
| GSCP VI EDGEMARC HOLDINGS, L.L.C., GSCP VI PARALLEL EDGEMARC HOLDINGS, L.L.C., WSEP AND BRIDGE 2012 EDGEMARC HOLDINGS, L.L.C., and EM HOLDCO LLC,<br><br>               *Plaintiffs*,<br><br>      v.<br><br>ETC NORTHEAST PIPELINE, LLC,<br><br>               *Defendant*. | Adv. Pro. No. 19-50269-JTD<br><br>**Ref Dkt. No: 35** |

## ORDER GRANTING MOTION FOR ABSTENTION AND REMAND

Upon consideration of the *Equity Owners' Motion for Abstention and Remand* [D.I. 35] filed by Plaintiffs GSCP VI EdgeMarc Holdings, L.L.C., GSCP VI Parallel EdgeMarc Holdings, L.L.C., WSEP and Bridge 2012 EdgeMarc Holdings, L.L.C., and EM Holdco LLC (the "Abstention Motion") and the submissions relating to the Abstention Motion, as well as the *Defendant's Motion to Dismiss* [D.I. 9] filed by Defendant ETC Northeast Pipeline, LLC (the "Motion to Dismiss") and the submissions relating to the Motion to Dismiss, and the arguments of counsel on the Abstention Motion and the Motion to Dismiss at the hearing held on January 7, 2020 (the "Hearing"); and it appearing that this Court has jurisdiction in accordance with 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware dated February 29, 2012; and all parties having agreed to the form of this final order by this Court on the Abstention Motion:

IT IS HEREBY ORDERED THAT:

1. For the reasons set forth on the record at the Hearing, the Abstention Motion is GRANTED. The above-captioned adversary proceeding is REMANDED to the Supreme Court of the State of New York, County of New York.

2. The findings of fact or conclusions of law entered by this Court on the record at the Hearing, beginning at page 63 and ending on page 70 of the hearing transcript [D.I. 66], are adopted and incorporated herein by reference.

3. The Clerk is hereby directed to transmit a certified copy of this order to the Clerk of the Supreme Court of the State of New York, County of New York.

Dated: January 13th, 2020  
Wilmington, Delaware

JOHN T. DORSEY  
UNITED STATES BANKRUPTCY JUDGE