# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0311−1 | User: JasonSp | Date Created: 1/14/2020 |
| Case: 19−50269−JTD | Form ID: pdfgen | Total: 14 |

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| aty | Holly M Smith | smith@lrclaw.com |
| aty | Kerri K. Mumford | mumford@lrclaw.com |
| aty | Kimberly A. Brown | brown@lrclaw.com |
| aty | Laura Davis Jones | ljones@pszjlaw.com |
| aty | Laura Davis Jones | ljones@pszjlaw.com |
| aty | Patrick A. Jackson | Patrick.jackson@dbr.com |
| aty | Timothy P. Cairns | tcairns@pszjlaw.com |

TOTAL: 7

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | | | | |
|---|---|---|---|---|---|
| aty | Beth Levine | Pachulski Stang Ziehl Young Jones | 780 Third Avenue | 36th Floor | New York, NY 10017 |
| aty | Beth E. Levine | 780 Third Avenue | 34th Floor | New York, NY 10017−2024 | |
| aty | Emil A. Kleinhaus | Wachtell Lipton Rosen & Katz | 51 West 52nd Street | New York, NY 10019 | |
| aty | John Stewart Adams | Lynn Pinker Cox Hurst LLP | 2100 Ross Avenue | Suite 2100 | Dallas, TX 75201 |
| aty | Michael Paige Lynn | Lynn Pinker Cox Hurst LLP | 2100 Ross Avenue | Suite 2100 | Dallas, TX 75201 |
| ust | U.S. Trustee | Office of the United States Trustee | J. Caleb Boggs Federal Building | 844 King Street, Suite 2207    Lockbox 35    Wilmington, DE 19801 | |
| ust | U.S. Trustee | Office of United States Trustee | J. Caleb Boggs Federal Building | 844 King Street, Suite 2207    Lockbox 35    Wilmington, DE 19899−0035 | |

TOTAL: 7